IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEANNE CASEY )<br><br>  Plaintiff, )<br><br>  v. )<br><br> STG INTERNATIONAL, INC., *et al.* )<br><br>  Defendants. ) | Civil Action No.: 1:12-cv-10246 |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure, and in particular Rule 12(b)(6), Defendant, STG International, Inc. ("STGi" or "Defendant"), by and through undersigned counsel, files this Motion to Dismiss the Second Amended Complaint filed by Plaintiff, Deanne Casey. As more fully set forth in the accompanying Memorandum of Points and Authorities in Support of this Motion, Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted and must be dismissed with prejudice. Federal courts consistently require that a complaint provide more than bald and conclusory allegations. Even when liberally construed, the Second Amended Complaint does not raise a right to relief beyond a speculative level. The claims are not plausible on their face and the few facts alleged are insufficient to support the elements of those claims. Further, even if the claims and minimal supporting facts were sufficient to meet the pleading standards, the claims made against STGi fail as a matter of law.

WHEREFORE, STGi requests that this Honorable Court grant its Motion to Dismiss Plaintiff's Second Amended Complaint and enter an Order dismissing the Second Amended Complaint, with prejudice.

Dated: October 19, 2012

Respectfully submitted,

STG INTERNATIONAL, INC.

By its attorneys,

/s/ Bret A. Cohen
Bret A. Cohen, BBO # 551273
Jillian M. Collins, BBO # 682854
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241
bacohen@mintz.com
jcollins@mintz.com

James R. Hammerschmidt
(admitted *pro hac vice*)
Hope B. Eastman
(admitted *pro hac vice*)
Ethan L. Don
(admitted *pro hac vice*)
PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER
CHARTERED
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
Telephone:  (301) 656-7603
Facsimile:  (301) 654-7354
jrh@paleyrothman.com
heastman@paleyrothman.com
edon@paleyrothman.com

## LOCAL RULE 7.1 CERTIFICATION

     Defendant's counsel has in good faith conferred with Plaintiff's counsel as to this motion, and the parties were unable to narrow or resolve any of the issues presented herein.

                        /s/ Bret A. Cohen
                        Bret A. Cohen (BBO # 551273)

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on October 19, 2012 upon the attorney of record for each party by transmission through the Court's electronic filing system.

                        /s/ Bret A. Cohen
                        Bret A. Cohen (BBO # 551273)